# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TAMI R. SEAL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-7100** |
| **SOCIAL SECURITY ADMINISTRATION** | **SECTION: "A" (4)** |

## ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date that no party has filed objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the ALJ's decision denying Tami Seal's Disability Insurance Benefits is **REVERSED AND REMANDED. In so doing, the ALJ is directed to consider the impact that lumbar arthrosis and tropism have on Seal's residual functional capacity.**

March 30, 2017

**UNITED STATES DISTRICT JUDGE**